# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 13, 2026

Ms. Deborah A. Kriegshauser
U.S. District Court
Northern District of Texas
1100 Commerce Street
15th Floor
Dallas, TX 75242

No. 26-10586 USA v. Sanchez Estrada
USDC No. 4:25-CR-259-9
USDC No. 4:25-CR-259-4
USDC No. 4:25-CR-259-3
USDC No. 4:25-CR-259-8
USDC No. 4:25-CR-259-5
USDC No. 4:25-CR-259-1
USDC No. 4:25-CR-259-6
USDC No. 4:25-CR-259-2
USDC No. 4:25-CR-259-7

Dear Ms. Kriegshauser,

We have not received your acknowledgment of the purchase order for the transcript in this case. We assume the appellant has made the necessary financial arrangements for preparing the transcript. You have 30 days from the date we received the purchase order to file the transcript with the district court clerk. We will adjust this time only in the event financial arrangements are not complete.

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________________
Nina Fernandez, Deputy Clerk
504-310-7630