# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 17, 2026
Lyle W. Cayce
Clerk

---

No. 26-10586

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Daniel Rolando Sanchez Estrada; Savanna Batten; Benjamin Hanil Song; Cameron Arnold; Bradford Morris; Ines Soto; Maricela Rueda,

*Defendants—Appellants*,

consolidated with

---

No. 26-10591

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Zachary Evetts,

*Defendant—Appellant*,

CONSOLIDATED WITH

No. 26-10597

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ELIZABETH SOTO,

*Defendant—Appellant*.

Appeals from the United States District Court
for the Northern District of Texas
USDC Nos. 4:25-CR-259-1,
4:25-CR-259-3, 4:25-CR-259-4,
4:25-CR-259-5, 4:25-CR-259-6,
4:25-CR-259-8, 4:25-CR-259-9,
4:25-CR-259-2, 4:25-CR-259-7

ORDER:

Harmony M. Schuerman and Blake Burns, counsel appointed to represent Elizabeth Soto in this consolidated appeal, move to withdraw and to substitute Kenneth A. Kreuscher, whom Soto has retained. The motion is unopposed, Kreuscher has filed a notice of appearance, and no briefs have been filed.

In general, Soto has a right to be represented by qualified retained counsel of her choosing. *See Luis v. United States*, 578 U.S. 5, 11-12 (2016). Accordingly, the motion for leave to withdraw and to substitute retained counsel is GRANTED. *See* FIFTH CIRCUIT PLAN UNDER THE

Criminal Justice Act § 5(B). Schuerman and Burns are relieved of all further responsibilities in this appeal.

/s/ Carl E. Stewart
*United States Circuit Judge*