# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 17, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10586 USA v. Sanchez Estrada
Consolidated with
No. 26-10591 USA v. Evetts
&
No. 26-10597 USA v. Soto
USDC No. 4:25-CR-259-9
USDC No. 4:25-CR-259-4
USDC No. 4:25-CR-259-3
USDC No. 4:25-CR-259-8
USDC No. 4:25-CR-259-5
USDC No. 4:25-CR-259-1
USDC No. 4:25-CR-259-6
USDC No. 4:25-CR-259-2
USDC No. 4:25-CR-259-7

Enclosed is an order entered in this case. The court has granted the motion to withdraw as counsel and substitute retained counsel for Ms. Elizabeth Soto.

Transcripts have already been ordered by previous counsel. If counsel wishes to request new transcripts, please file a transcript order within 15 days of this order.

Sincerely,

LYLE W. CAYCE, Clerk

Rebecca Jeanfreau

By: ___________________________
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

Mr. Noam Biale
Mr. Brian Matthew Bouffard
Mr. D. Miles Brissette
Ms. Anna Byers
Mr. Cody L. Cofer
Mr. Leigh Warren Davis
Ms. Quincy Hope Ferrill
Mr. Travis Walker Fife
Mr. Raphael Asher Friedman
Ms. Gail A. Hayworth
Mr. Randall Phillip Hiroshige
Mr. Niles Stefan Illich
Ms. Janki Kaneria

Mr. Sufia M. Khalid
Mr. Kenneth A. Kreuscher
Mr. John Andrew Kuchera
Mr. Patrick J. McLain
Mr. Bradley John Sauer
Ms. Elizabeth Soto
Mr. James Warren St. John
Mr. Christopher Leshawn Tolbert
Ms. Miranda Van Dijk
Mr. James Matthew Wright